
**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| MESA RITH, | No. 10-16940 |
| Petitioner - Appellant, | D.C. No. 1:10-cv-01035-LJO-GSA |
| v. | |
| HECTOR A. RIOS, Jr., Warden, | MEMORANDUM[*] |
| Respondent - Appellee. | |

Appeal from the United States District Court
for the Eastern District of California
Lawrence J. O'Neill, District Judge, Presiding

Submitted March 12, 2013[**]
San Francisco, California

Before: WALLACE, McKEOWN, and IKUTA, Circuit Judges.

Rith appeals from the district court's judgment of dismissal for lack of

jurisdiction of his 28 U.S.C. § 2241 petition. We have jurisdiction under 28 U.S.C.

§ 1291 and we affirm.

---

&ast; This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

&ast;&ast; The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

Although Rith's argument that he was entitled to bring a section 2241 petition was based on his contention that he was "actually innocent," he did not argue that he was actually innocent of the crime of conviction. His argument that he was innocent of his career offender status for sentencing purposes is "not cognizable as a claim of actual innocence." *Marrero v. Ives*, 682 F.3d 1190, 1195 (9th Cir. 2012) *cert. denied*, 2013 WL 598706 (Feb. 19, 2013). He has not argued that any of the exceptions to this rule recognized by our sister circuits apply here. *See Id.* at 1194-95. Accordingly, the district court did not err in holding it had no jurisdiction to hear the petition. *Id.* at 1195.

**AFFIRMED**.